# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Miguel Perez and <br> Luis Oliveras Medina <br><br>        Plaintiff, <br><br> vs. <br><br><br> Melvin Nordhagen; <br> Black Hills Trucking, Inc.; and <br> Does 1–40. <br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER RE ADMISSION** <br> **PRO HAC VICE** <br><br><br><br><br><br> Case No. 1:18-cv-167 |

Before the court is a motion for attorney Katherine deGuzman to appear *pro hac vice* on Plaintiffs' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Katherine deGuzman has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. She has also paid the required admission fees to the office of the Clerk. Accordingly, the Plaintiffs' motion (Docket No. 3) is **GRANTED**. Attorney Katherine deGuzman is admitted to practice before this court in the above-entitled action on behalf of the Plaintiffs.

**IT IS SO ORDERED.**

Dated this 20th day of August, 2018.

                                         */s/ Charles S. Miller, Jr.* <br>
                                         Charles S. Miller, Jr. <br>
                                         United States Magistrate Judge