# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Miguel Perez and Oliveras Medina ) | |
| ) | |
| Plaintiff, ) | **ORDER RE ADMISSION** |
| ) | **PRO HAC VICE** |
| vs. ) | |
| ) | |
| Melvin Nordhagen; Black Hills ) | |
| Trucking, Inc.; and Does 1–40, ) | |
| ) | Case No. 1:18-cv-167 |
| Defendants. ) | |

Before the court is a motion for attorney Boris Treyzon to appear *pro hac vice* on Plaintiffs' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Boris Treyzon has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the Plaintiffs' motion (Docket No. 7) is **GRANTED**. Attorney Boris Treyzon is admitted to practice before this court in the above-entitled action on behalf of the Plaintiffs.

**IT IS SO ORDERED.**

Dated this 28th day of August, 2018.

                                              */s/ Charles S. Miller, Jr.*
                                              Charles S. Miller, Jr.
                                              United States Magistrate Judge